**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **CHELSEY ULLOM,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 2:26-cv-00254** |
| **v.** | : | |
| **SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, AND NICHOLAS BLACK** | : | |
| **Defendants.** | : | |

**NOTICE OF REMOVAL**

Now comes Safeco Insurance Company of America, Liberty Mutual Insurance Company and Nicholas Black (jointly "Safeco), by and through counsel, and for its Notice of Removal of this action from the Circuit Court of Kanawha County, West Virginia, to the United States District Court for the Southern District of West Virginia, states:

1. Plaintiff Chelsey Ullom ("Plaintiff") filed suit in the Circuit Court of Kanawha County, West Virginia in Civil Action No. 25-C-1356 on or about September 11, 2025. Plaintiff's Complaint alleges causes of action against Safeco for (1) breach of contract; (2) common law bad faith; and (3) violations of the West Virginia Unfair Trade Practices Act.

2. Safeco Insurance Company of America and Liberty Mutual Insurance Company were served Plaintiff's Complaint via the West Virginia Secretary of State on March 9, 2026. Service purporting to be for Defendant Nicholas Black was similarly made via West Virginia Secretary of State on March 9, 2026.

3. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. § 1332(a)(1), and Safeco may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a), for:

a. Complete diversity of citizenship exists between Plaintiff, who resides in West Virginia and the Defendants: Safeco Insurance Company of America is incorporated in New Hampshire and maintains its principal place of business in Massachusetts, Liberty Mutual Insurance Company is incorporated in and maintains its principal place of business in Massachusetts, and Nicholas Black resides in Indiana; and

b. Safeco believes the judgment against it if Plaintiff prevails on the merits of the case as presented in the Complaint could exceed $75,000, exclusive of costs and interest. Plaintiff's pre-suit demand, as articulated in the Complaint, alleges that Plaintiff is entitled to payment for physical injuries and damages of $50,000, plus Plaintiff's assertion in the Complaint that Plaintiff is entitled to consequential damages, damages for emotional distress and punitive damages, along with costs and attorney fees.

4. As required by 28 U.S.C. § 1446(b), Safeco is timely filing this Notice of Removal, because it was served with the Complaint no more than 30 days ago.

5. This action has been pending less than a year.

6. Safeco is attaching as "Exhibit A" a copy of each process, pleading and order it has obtained. Safeco is also attaching a copy of the State Court docket sheet.

Respectfully submitted,

*/s/ Elise N. McQuain*

Dylan J. George (W. Va. Bar No. 14253)
FBT Gibbons LLP
500 Virginia Street East, Suite 1100
Charleston, WV 25301
Phone: 304.348.2439
Fax: 304.345.0115
dgeorge@fbtgibbons.com

William M. Harter (W. Va. Bar No. 7977)
Elise N. McQuain (W. Va. Bar No. 12253)

FBT Gibbons LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtgibbons.com
emcquain@fbtgibbons.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **CHELSEY ULLOM,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, AND NICHOLAS BLACK** | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

Service of the foregoing was made via the Court's ECF system this 8th day of April, 2026, to counsel of record.